UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA ALFARO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLYING FOOD GROUP LLC, a limited liability company; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:21-cv-08920-AB-GJS<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |

The Court approves the Parties' Joint Stipulation to Dismiss Action Without Prejudice and hereby **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE